# United States Court of Appeals
## FOR THE DISTRICT OF COLUMBIA CIRCUIT

———

**No. 14-1166**                    **September Term, 2015**
FILED ON: MAY 20, 2016

MANORCARE OF KINGSTON PA, LLC,
                    PETITIONER

v.

NATIONAL LABOR RELATIONS BOARD,
                    RESPONDENT

———

Consolidated with 14-1200

———

On Petition for Review and Cross-Application
for Enforcement of an Order of
the National Labor Relations Board

———

Before: BROWN and SRINIVASAN, *Circuit Judges*, and WILLIAMS, *Senior Circuit Judge*

## J U D G M E N T

These causes came on to be heard on the petition for review and cross-application for enforcement of an order of the National Labor Relations Board and were argued by counsel. On consideration thereof, it is

**ORDERED** and **ADJUDGED** that the petition for review be granted with respect to the third-party electoral misconduct issue and the cross-application for enforcement be granted in all other respects, in accordance with the opinion of the court filed herein this date.

### Per Curiam

**FOR THE COURT:**
Mark J. Langer, Clerk

BY:

Ken Meadows
Deputy Clerk

Date: May 20, 2016

Opinion for the court filed by Circuit Judge Brown.
Opinion concurring in part and concurring in the judgment filed by Circuit Judge Srinivasan.